UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------- x

BALKANS AIR CORPORATION,

         Plaintiff,

      - against -

SWIFT AIR LLC, KMW LEASING, LLC, and
BLUE STAR AVIATION LLC,

         Defendants.

----------------------------------------------------------------- x

    Index No. 10 CIV 5492 (SAS)

    STIPULATION AND ORDER

1.    The parties, by their undersigned counsel, stipulate and agree that the time for

defendants KMW Leasing, LLC, and Blue Star Aviation LLC, to answer, move or otherwise

respond to the amended complaint is adjourned from April 25, 2011 until May 9, 2011.

2.    There has been no prior request for this relief.

3    This document may be signed in one or more counterparts, and returned by fax or

email.

New York, NY
April 21, 2011

KAPLAN, MASSAMILLO &
ANDREWS, LLC

By: _____
    Lawrence Mentz
    70 East 55th Street
    New York, New York 10022
    (212) 922-0450
    Attorneys for Plaintiff
    Balkans Air Corporation
    lmentz@kmalawfirm.com

TANNENBAUM HELPERN SYRACUSE
& HIRSCHTRITT, LLP

By: _____
    Jamie B.W. Stecher
    900 Third Avenue
    New York, New York 10022
    (212) 508-6738
    Attorneys for Defendant
    KMW Leasing LLC
    Stecher@thsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 4/22/11

VEDDER PRICE, P.C.                    ALIMONTI LAW OFFICES, P.C.

By:_____           By:_____
     Michael G. Davies                    Jeremy I. Hager
     1633 Broadway, 47th Floor            11 Broadway, Suite 615
     New York, New York 10019             New York, New York 10004
     (212) 407-6930                       (212) 792-6585
     Attorneys for Defendant              Attorneys for Defendant
     Blue Star Aviation LLC               Swift Air, L.L.C.
     mdavies@vedderprice.com              jih@hagerlaw-pllc.com


                        SO ORDERED


            _____
                        USDJ


[939436-1]                      2

VEDDER PRICE, P.C.                    ALIMONTI LAW OFFICES, P.C.

By:_____          By:_____
   Michael G. Davies                    Jeremy Ian Hager, Esq.
   1633 Broadway, 47th Floor            11 Broadway, Suite 615r
   New York, New York 10019             New York, New York 10004
   (212) 407-6930                       (212) 792-6585
   Attorneys for Defendant              Attorneys for Defendant
   Blue Star Aviation LLC               SwiftAir Aviation, LLC
   mdavies@vedderprice.com              jih@alony.com


                    SO ORDERED

                    _____
                         USDJ                    4/22/11