UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
BALKANS AIR CORPORATION,                               :
                                                       :
                               Plaintiff,     :   Case No. 10 Civ. 5492 (SAS)
                                                       :
                        - against -           :   **RULE 7.1 DISCLOSURE**
                                                       :   **STATEMENT OF DEFENDANT**
SWIFT AIR, LLC, KMW LEASING, LLC, and BLUE             :   **KMW LEASING, LLC**
STAR AVIATION LLC,                                     :
                                                       :
                         Defendants.    :
-------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that Defendant KMW Leasing, LLC, by its undersigned attorneys, for its disclosure pursuant to Federal Rule of Civil Procedure 7.1, asserts that it has no parent corporation, and that there is no publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
          May 6, 2011

                                          TANNENBAUM HELPERN SYRACUSE
                                          & HIRSCHTRITT LLP

                                          By:  _s/ Jamie B.W. Stecher_
                                                 Jamie B.W. Stecher
                                                 Matthew J. Sinkman
                                                 900 Third Avenue
                                                 New York, New York
                                                 (212) 508-6700
                                                 stecher@thsh.com

                                         *Attorneys for Defendant KMW Leasing, LLC*

[937792-1]