UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BALKANS AIR CORPORATION,<br><br>                    Plaintiff,<br><br>-against-<br><br>SWIFT AIR, LLC, KMW LEASING, LLC, and BLUE STAR AVIATION LLC,<br><br>                    Defendant. | 10 Civ. 5492 (SAS)<br><br>**ECF CASE**<br><br>**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT <u>BLUE STAR AVIATION LLC</u>** |

Pursuant to Fed. R. Civ. P. 7.1, defendant Blue Star Aviation LLC, by its undersigned counsel, disclosures that it is an Illinois limited liability company that has no parent corporation and no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
        May 9, 2011

Respectfully submitted,

VEDDER PRICE P.C.

By: s/ Michael G. Davies
    Michael G. Davies
    mdavies@vedderprice.com
    1633 Broadway
    47th Floor
    New York, New York  10019
    (212) 407-7700

*Attorneys for Defendant*
    *Blue Star Aviation LLC*

NEWYORK/#272517.1