UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BALKANS AIR CORPORATION,

                Plaintiff,

      - against -

SWIFT AIR, LLC, KMW LEASING, LLC,
and BLUE STAR AVIATION LLC,

                Defendants.
-----------------------------------------------------------X

Case No. 10 CIV 5492 (SAS)

**SECOND AMENDED SCHEDULING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/11

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      WHEREAS the Court issued an Amended Scheduling Order in accordance with Fed. R. Civ. P. 16(b) on February 8, 2011 (the Amended Scheduling Order); and

      WHEREAS, the Amended Scheduling Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

      NOW, THEREFORE, the parties hereby submit the following information as required by the Order;

(1)    the date of the conference and the appearance for the parties;

(2)    a concise statement of the issues as they appear;

(3)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

    (b) a schedule for the production of documents;

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    (d) time when discovery is to be completed:

        All fact discovery by September 28, 2011

All expert discovery by December 28, 2011

(e) the date by which plaintiff will supply its pre-trial order matter to defendant;

January 13, 2012

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) the proposed finding of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

January 27, 2012

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the Conference.

_____ October 12, 2011 at 5PM _____ (leave blank)

(4) a statement of any limitations to be place on discovery, including any protective or confidentiality orders;

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6) anticipated fields of expert testimony, if any;

(7) anticipated length of trial and whether to court or jury;

3-day jury trial

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

*No FURTHER EXTENSIONS WILL BE GRANTED FOR ANY REASON.*

7/14/11 _____
SHIRA A. SCHEINDLIN
U.S.D.J.