UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
BALKANS AIR CORPORATION,

                        Plaintiff,       Docket No. 10 CIV 5492 (SAS)

      -against-       **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

SWIFT AIR, LLC, KMW LEASING, LLC,
and BLUE STAR AVIATION LLC,

                        Defendants.
------------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Balkans Air Corporation and Defendant KMW Leasing, LLC ("KMW"), and Defendant Blue Star Aviation LLC ("Blue Star," and together with KMW, the "Dismissed Defendants), hereby stipulate and agree as follows:

    1.    Plaintiff's claims as against the Dismissed Defendants are dismissed without prejudice and without costs to any party.

    2.    Notwithstanding this dismissal, Blue Star agrees --

    a.    to make Christopher Cox available prior to September 22, 2011 to be deposed in this action in New York, and its undersigned counsel agrees to accept service of a subpoena for such testimony; and

    b.    to produce documents to Plaintiff pursuant to Plaintiff's First Requests for the Production of Documents.

    3.    Notwithstanding this dismissal, KMW agrees --

      a.    to make Kenneth M. Woolley available prior to September 28, 2011 to be deposed in this action, and its undersigned counsel agrees to accept service of a subpoena for such testimony. The deposition will be, at KMW's election, either in person in New York or by video conference if Mr. Woolley is elsewhere; and

      b.    to produce documents to Plaintiff pursuant to Plaintiff's First Request for the Production of Documents.

4.    If, after the dismissal of Plaintiff's claims against the Dismissed Defendants without prejudice, Plaintiff elects to commence an action or proceeding against KMW and/or Blue Star arising from or relating to the transactions pled in the Amended Complaint herein, Plaintiff and the Dismissed Defendants agree that (a) such suit may be brought only in a state or federal court located in Las Vegas, Nevada, (b) such court shall have personal jurisdiction over the parties, and (c) such court shall be the exclusive venue of such claims.

5.    This Stipulation may be signed in multiple counterparts. The counterparts may be exchanged electronically by fax or PDF, and the counterpart, electronically exchanged signatures, when collected together, shall have the same force and effect as an executed original.

Dated: New York, New York
July 29, 2011

KAPLAN, MASSAMILLO
& ANDREWS, LLC

By: _____
Lawrence Mentz
*Attorneys for Plaintiff Balkans Air Corporation*
70 East 55th Street - 25th Floor
New York, New York 10022
(212) 922-0450
lmentz@kvolaw.com
lmentz@kmalawfirm.com

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

By: _____
Jamie B.W. Stecher
Matthew J. Sinkman
*Attorneys for Defendant KMW Leasing, LLC*
900 Third Avenue
New York, New York 10022
(212) 508-6743
Stecher@thsh.com

VEDDER PRICE P.C.

By: _____
Michael G. Davies
*Attorneys for Defendant Blue Star Aviation LLC*
1633 Broadway, 27th Floor
New York, New York 10019
(212) 407-7700
mdavies@vedderprice.com