Scheinlin, J

Case 1:10-cv-05492-SAS   Document 28   Filed 08/26/11   Page 1 of 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
BALKANS AIR CORPORATION,

                           Plaintiff,       Docket No. 10 CIV 5492 (SAS)

    -against-                         STIPULATION OF
                                         DISMISSAL WITHOUT
SWIFT AIR, LLC, KMW LEASING, LLC,       PREJUDICE
and BLUE STAR AVIATION LLC,

                         Defendants.
-----------------------------------------------------------x

[Stamp: RECEIVED AUG 30 2011, CHAMBERS OF SHIRA A. SCHEINDLIN, U.S.D.J.]

[Stamp: USDC SDNY, DOCUMENT, ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 8/30/11]

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's claims as against KMW Leasing, LLC ("KMW"), and Defendant Blue Star Aviation LLC ("Blue Star," and together with KMW, the "Dismissed Defendants), are dismissed without prejudice and without costs to any party.

2. Notwithstanding this dismissal, Blue Star agrees to make Christopher Cox available on or before September 28, 2011 to be deposed in this action in New York, and its undersigned counsel agrees to accept service of a subpoena (including a subpoena duces tecum) from either Plaintiff or Defendant Swift Air, LLC ("Swift Air") for such testimony; and

3. Notwithstanding this dismissal, KMW agrees to make Kenneth M. Woolley available on or before September 28, 2011 to be deposed in this action, and its undersigned counsel agrees to accept service of a subpoena (including a subpoena duces tecum) from either Plaintiff or Swift Air for such testimony. The deposition will be, at KMW's election, either in person in New York or by video conference if Mr. Woolley is elsewhere.

Case 1:10-cv-05492-SAS   Document 28   Filed 08/26/11   Page 2 of 5

4.   If, after the dismissal of Plaintiff's claims against the Dismissed Defendants without prejudice, Plaintiff elects to commence an action or proceeding against KMW and/or Blue Star arising from or relating to the transactions pled in the Amended Complaint herein, Plaintiff and the Dismissed Defendants agree that (a) such suit may be brought only in a state or federal court located in Las Vegas, Nevada, (b) such court shall have personal jurisdiction over the parties, and (c) such court shall be the exclusive venue of such claims.

5.   This Stipulation may be signed in multiple counterparts. The counterparts may be exchanged electronically by fax or PDF, and the counterpart, electronically exchanged signatures, when collected together, shall have the same force and effect as an executed original.

Case 1:10-cv-05492-SAS   Document 28   Filed 08/26/11   Page 3 of 5

Dated: New York, New York
August 26, 2011

KAPLAN, MASSAMILLO
& ANDREWS, LLC

By: _____
Lawrence Mentz
*Attorneys for Plaintiff Balkans Air
Corporation*
70 East 55th Street - 25th Floor
New York, New York 10022
(212) 922-0450
lmentz@kmalawfirm.com

VEDDER PRICE P.C.

By: _____
Michael G. Davies
*Attorneys for Defendant Blue Star
Aviation LLC*
1633 Broadway, 27th Floor
New York, New York 10019
(212) 407-7700
mdavies@vedderprice.com

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

By: _____
Jamie B.W. Stecher
Matthew J. Sinkman
*Attorneys for Defendant KMW
Leasing, LLC*
900 Third Avenue
New York, New York 10022
(212) 508-6743
Stecher@thsh.com

ALIMONTI LAW OFFICES, P.C.

By: _____
Jeremy I. Hager
*Attorneys for Defendant Swift Air LLC*
11 Broadway, Suite 615
New York, New York 10004
(212) 792-6585
jih@hagerlaw-pllc.com

Dated: New York, New York
       August 26, 2011

KAPLAN, MASSAMILLO
& ANDREWS, LLC

By: _____
    Lawrence Mentz
    *Attorneys for Plaintiff Balkans Air
    Corporation*
    70 East 55th Street - 25th Floor
    New York, New York 10022
    (212) 922-0450
    lmentz@kmalawfirm.com

VEDDER PRICE P.C.

By: _____
    Michael G. Davies
    *Attorneys for Defendant Blue Star
    Aviation LLC*
    1633 Broadway, 27th Floor
    New York, New York 10019
    (212) 407-7700
    mdavies@vedderprice.com

TANNENBAUM HELPERN SYRACUSE &
HIRSCHTRITT LLP

By: _____
    Jamie B.W. Stecher
    Matthew J. Sinkman
    *Attorneys for Defendant KMW
    Leasing, LLC*
    900 Third Avenue
    New York, New York 10022
    (212) 508-6743
    Stecher@thsh.com

ALIMONTI LAW OFFICES, P.C.

By: _____
    Jeremy I. Hager
    *Attorneys for Defendant Swift Air LLC*
    11 Broadway, Suite 615
    New York, New York 10004
    (212) 792-6585
    jih@hagerlaw-pllc.com

[943547-7]                                3

Dated: New York, New York
August 26, 2011

KAPLAN, MASSAMILLO & ANDREWS, LLC

By: _____
Lawrence Mentz
*Attorneys for Plaintiff Balkans Air Corporation*
70 East 55th Street - 25th Floor
New York, New York 10022
(212) 922-0450
lmentz@kmalawfirm.com

VEDDER PRICE P.C.

By: _____
Michael G. Davies
*Attorneys for Defendant Blue Star Aviation LLC*
1633 Broadway, 27th Floor
New York, New York 10019
(212) 407-7700
mdavies@vedderprice.com

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

By: _____
Jamie B.W. Stecher
Matthew J. Sinkman
*Attorneys for Defendant KMW Leasing, LLC*
900 Third Avenue
New York, New York 10022
(212) 508-6743
Stecher@thsh.com

ALIMONTI LAW OFFICES, P.C.

By: _____
Jeremy I. Hager
*Attorneys for Defendant Swift Air LLC*
11 Broadway, Suite 615
New York, New York 10004
(212) 792-6585
jih@hagerlaw-pllc.com

SO ORDERED:

_____
U.S.D.J.

8/30/11

[943547-7][943547-6]

3